JANIQUE PALOMINI, Respondent, v EILEEN PUGLISI et al., Appellants, et al., Defendant. [936 NYS2d 568]

The Supreme Court providently exercised its discretion in denying the appellants' motion pursuant to CPLR 3216 to dismiss the complaint as the plaintiff demonstrated a justifiable excuse for her delay in filing a note of issue, as well as the existence of a potentially meritorious cause of action (*see Baczkowski v Collins Constr. Co.*, 89 NY2d 499, 503 [1997]; *Kadyimov v*

*Mackinnon*, 82 AD3d 938 [2011]). Rivera, J.P., Florio, Eng, Hall and Cohen, JJ., concur.